UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

| | |
|---|---|
| MIROSLAW KARWOWSKI,<br>Individually and a Member of KIRA CAPITAL, LLC, | Case No.:<br>1:23-cv-00310-ENV-LB |
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | Return Date:<br>April 11, 2023 |
| KIRA CAPITAL, LLC and<br>PATRIK PETRUSKA a/k/a PATRICK PETRUSKA, | |
| Defendants. | |

-------------------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the attached Affidavit or Plaintiff, MIROSLAW KARWOWSKI, sworn to on the 24th day of March, 2023, the Declaration of Plaintiff's attorney, William J. Fallon, Esq., dated March 24, 2023, and the exhibits annexed thereto, including the Affidavit of Compliance with the Servicemembers Civil Relief Act, sworn to by Ellen J. Rowe on March 8, 2023, conducted after entry of default by the Clerk of Court on March 3, 2023, the accompanying Memorandum of Law of William J. Fallon, Esq., dated March 24, 2023, and upon the Verified Complaint and all the proceedings heretofore had herein, Plaintiff will move this court, before the Hon. JUDGE ERIC N. VITALIANO, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on the 11th day of April, 2023, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order pursuant to Rule of the Federal Rules of Civil Procedure 55(b)(2) and Local Civil Rules 7.1 and 55.2, granting Plaintiff a default judgment against Defendant, PATRIK PETRUSKA a/k/a PATRICK PETRUSKA, plus costs and disbursements of this action with statutory interest from the date thereof, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York                                    Yours, etc.,

March 28, 2023

        William J. Fallon, Esq.

        By:    /s/: William J. Fallon
                  William J. Fallon
*Attorney for Plaintiff*
PO Box 575
Rockville Centre, NY 11571
27 William Street, Suite 1205
New York, NY 10016
(212) 776-9219

TO:    (See Affirmation of Service.)