UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MIROSLAW KARWOWSKI, Individually and a
Member of KIRA CAPITAL, LLC,

                      Plaintiff,

-against-

KIRA CAPITAL, LLC and PATRIK PETRUSKA
a/k/a PATRICK PETRUSKA,

                      Defendants.
---------------------------------------------------------------X

JUDGMENT

23 CV 310 (ENV)(LB)

      An Order of the Honorable Eric N. Vitaliano, United States District Judge, having been filed on November 8, 2023, adopting the Report and Recommendation of Magistrate Lois Bloom, dated June 2, 2023, which recommended that the Court should deny plaintiff's motion for default judgment and should dismiss the entire complaint without prejudice for lack of personal jurisdiction; it is

      ORDERED and ADJUDGED that plaintiff's motion for default judgment is denied; and that the entire complaint is dismissed without prejudice for lack of personal jurisdiction.

Dated: Brooklyn, New York
       November 13, 2023

Brenna B. Mahoney
Clerk of Court

By:    */s/Jalitza Poveda*
        Deputy Clerk